**STATE of Missouri, Respondent,**

v.

**Gregory L. LEWIS, Appellant.**

**No. WD 34059.**

Missouri Court of Appeals, Western District.

Feb. 14, 1984.

James W. Fletcher, Public Defender, Anne Hall, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SOMERVILLE, P.J., and CLARK and BERREY, JJ.

ORDER

PER CURIAM.

This is a direct appeal from a jury conviction for burglary, second degree, § 569.170 RSMo 1978, and for stealing over $150, § 570.030 RSMo 1978.

No jurisprudential purpose would be served by written opinion.

Judgment affirmed.

All concur.

Rule 30.25(b).

■

**Norton EVANS & Bessie Evans, Husband and Wife, Norton Evans, Trustee of the Norton Evans and Bessie Evans Trust Agreement, Plaintiffs-Respondents,**

v.

**Ken HENDERSON, Defendant-Appellant.**

**No. WD 34509.**

Missouri Court of Appeals, Western District.

Feb. 14, 1984.

Charles W. Franklin, Columbia, for defendant-appellant.

Craig A. Smith, Hindman & Smith, Columbia, for plaintiffs-respondents.

Before SOMERVILLE, P.J., TURNAGE, C.J., and BERREY, J.

ORDER

PER CURIAM:

Appeal from judgment awarding $29,646.70 actual damages, $25,000.00 punitive damages, and $4,768.61 in attorney fees following a bench trial.

Judgment affirmed. Rule 84.16(b).